# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: MORELAND, LISA ANN § | Case No. 10-72617 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/18/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/19/2011          By:  /s/JAMES E. STEVENS
                                      Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MORELAND, LISA ANN § Case No. 10-72617
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,885.33 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,885.33 |
| **Balance on hand:** | $ 7,885.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,885.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,538.53 | 0.00 | 1,538.53 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 806.00 | 0.00 | 806.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,604.53 |
| Remaining balance: | $ 5,280.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,280.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,280.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,504.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cottonwood Financial Illinois, LLC. | 1,278.44 | 0.00 | 539.92 |
| 2 | Dr. Chad Piller | 9,543.85 | 0.00 | 4,030.59 |
| 3 | Dekalb Clinic Chartered | 409.64 | 0.00 | 173.00 |
| 4 | Check-it | 686.10 | 0.00 | 289.76 |
| 5 | Rockford Mercantile Agency, Inc | 332.29 | 0.00 | 140.33 |
| 6 | GE Money Bank | 253.83 | 0.00 | 107.20 |

Total to be paid for timely general unsecured claims: $ 5,280.80
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                                  Case No. 10-72617-MB
Lisa Ann Moreland                                                                       Chapter 7
           Debtor                             CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez                 Page 1 of 2                   Date Rcvd: Apr 20, 2011
                              Form ID: pdf006               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2011.
db           +Lisa Ann Moreland,    1330 Sunset Terrace,    Rochelle, IL 61068-1077
aty          +George E. Enstrom,    George E. Enstrom, Attorney at Law,    10 N. Chicago Ave,
               Freeport, IL 61032-4228
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
15612387     +Ace Cash Recovery Department,    3531 P Street NW,    Miami, OK 74354-1904
15612388     +Advance America,    2438 Sycamore Road,    Dekalb, IL 60115-2050
15612389     +Alliance Funding, LLC,    5777 W, Sunrise Blvd.,    Fort Lauderdale, FL 33313-6269
15612390     +Allied Business Accounts,    P.O. Box 1600,    Clinton, IA 52733-1600
15612391      Beacon,   Arm of Florida 900,    Regency Square Blvd.,    Jacksonville, FL 32211
15612392      Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
15612394      Check-it,   P.O. Box 6264,    Rockford, IL 61125-1264
15612395      Credit Management Control, Inc.,    P.O. Box 1654,    Green Bay, WI 54305-1654
15612397     +Dekalb Clinic Chartered,    Attn: Patient Accts.,    1850 Gateway Dr.,    Sycamore, IL 60178-3192
15612398     +Diversified SVS Group,    5800 E. Thomas Road,    Suite 107,    Scottsdale, AZ 85251-7510
15612399     +Dr. Chad Piller,    227 East Rt. 38,    Rochelle, IL 61068-2303
15612400      Everset Cash,    Solomon Building, P.O. Box 636,    Charles Town, Nevis,    West Indies
15612401     +First National Bank and Trust,    340 May Mart Dr.,    P.O. Box 49,    Rochelle, IL 61068-0049
15612402     +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
15612403      Forster and Garbus, LLP,    P.O. Box 9030,    Farmingdale, NY 11735-9030
15612407     +HSBC Bank,    P.O. Box 81622,    Salinas, CA 93912-1622
15612406     +Heights Finance Corporation,    122 May Mart Drive,    Rochelle, IL 61068-1700
15612409     +Mutual Management Svc,    401 E. State St.,    P.O. Box 4777,    Rockford, IL 61110-4777
15612410      My Cash Now,    207-1425 Marine Drive,    West Vancover British Columbia,    Canada V7T1V9
15612411      Northway Financial Corporation, LTD,    Level 8 Plaza Commercial Centre,
               Bisazza Street, Sliema, SLM 1640,    Malta
15612413     +Rockford Mercantile Agency, Inc,    2502 S. Alpine Rd,    P.O. Box 5847,    Rockford, IL 61125-0847
15612414     +Rockford Mercantile Agency, Inc,    P.O. Box 5847,    Rockford, IL 61125-0847
15612415     +Security Finance Corporation,    P.O. Box 3146,    Spartanburg, SC 29304-3146
15612417      TRAC-A-CHEC, INC.,    P.O. Box 2764,    Davenport, IA 52809-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15612393     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Apr 20 2011 22:38:21     CashNetUSA,
               200 W. Jackson Blvd.,    14th floor,    Chicago, IL 60606-6941
16365795     +E-mail/Text: bankruptcy@cottonwoodfinancial.com Apr 20 2011 22:38:24
               Cottonwood Financial Illinois, LLC.,    1901 Gateway Drive, Ste 200,    Irving TX 75038-2425
15612396     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Apr 20 2011 22:38:06
               Creditors Protection Service, INC,    202 W. State Street,    Suite 300,    Rockford, IL 61101-1163
15612404     +E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2011 23:58:52     GE Capital/Walmart,
               P.O. Box 981400,   El Paso, TX 79998-1400
16710622      E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2011 23:58:52     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15612405     +E-mail/Text: bankruptcy@hraccounts.com Apr 20 2011 22:37:44     H and R. Accounts Inc.,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
15612408     +E-mail/Text: karen@ilcomcu.org Apr 20 2011 22:38:33     Illinois Community Credit Union,
               1500 Barber Green,    Dekalb, IL 60115-7900
15612416     +E-mail/Text: bankruptcy@cottonwoodfinancial.com Apr 20 2011 22:38:24     The Cash Store,
               148 Maymart Dr.,    Suite C,    Rochelle, IL 61068-1700
15732670     +E-mail/PDF: bk@worldacceptance.com Apr 20 2011 23:57:46     World Finance Corp,
               5301 E State St Suite 109,    Rockford, IL 61108-2388
15612418     +E-mail/PDF: bk@worldacceptance.com Apr 20 2011 23:57:46     World Finance Corporation,
               1214 Currency Court,    Rochelle, IL 61068-2321
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15612412      Rock Valley
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2           Date Rcvd: Apr 20, 2011
                              Form ID: pdf006            Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**                    **Signature:**    /s/ Joseph Speetjens