# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MORELAND, LISA ANN                § Case No. 10-72617
                                         §
                                         §
                                         §
Debtor(s)                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $36,590.88          Assets Exempt: $19,655.88
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,280.80     Claims Discharged
                                               Without Payment: $32,336.68

Total Expenses of Administration: $2,604.53

---

3) Total gross receipts of $ 7,885.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,885.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $16,208.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,344.53 | 2,604.53 | 2,604.53 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,443.78 | 12,504.15 | 12,504.15 | 5,280.80 |
| **TOTAL DISBURSEMENTS** | $51,651.78 | $14,848.68 | $15,108.68 | $7,885.33 |

    4) This case was originally filed under Chapter 7 on May 21, 2010. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2011     By: /s/JAMES E. STEVENS
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| inheritance | 1221-000 | 7,885.00 |
| Interest Income | 1270-000 | 0.33 |
| **TOTAL GROSS RECEIPTS** | | **$7,885.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Community Credit Union | 4110-000 | 16,208.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$16,208.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,538.53 | 1,538.53 | 1,538.53 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 0.00 | 260.00 | 260.00 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 806.00 | 806.00 | 806.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,344.53 | 2,604.53 | 2,604.53 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cottonwood Financial Illinois, LLC. | 7100-000 | N/A | 1,278.44 | 1,278.44 | 539.92 |
| 2 | Dr. Chad Piller | 7100-000 | 9,031.85 | 9,543.85 | 9,543.85 | 4,030.59 |
| 3 | Dekalb Clinic Chartered | 7100-000 | 297.71 | 409.64 | 409.64 | 173.00 |
| 4 | Check-it | 7100-000 | 569.46 | 686.10 | 686.10 | 289.76 |
| 5 | Rockford Mercantile Agency, Inc | 7100-000 | 216.07 | 332.29 | 332.29 | 140.33 |
| 6 | GE Money Bank | 7100-000 | 215.36 | 253.83 | 253.83 | 107.20 |
| NOTFILED | Heights Finance Corporation | 7100-000 | 3,386.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 1,745.36 | N/A | N/A | 0.00 |
| NOTFILED | H and R. Accounts Inc. | 7100-000 | 112.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 405.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank and Trust | 7100-000 | 1,697.64 | N/A | N/A | 0.00 |
| NOTFILED | H and R. Accounts Inc. | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | H and R. Accounts Inc. | 7100-000 | 1,669.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Svc | 7100-000 | 242.00 | N/A | N/A | 0.00 |
| NOTFILED | My Cash Now | 7100-000 | 550.74 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Svc | 7100-000 | 2,130.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | TRAC-A-CHEC, INC. | 7100-000 | 80.32 | N/A | N/A | 0.00 |
| NOTFILED | World Finance Corporation | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | TRAC-A-CHEC, INC. | 7100-000 | 112.07 | N/A | N/A | 0.00 |
| NOTFILED | TRAC-A-CHEC, INC. | 7100-000 | 52.20 | N/A | N/A | 0.00 |
| NOTFILED | The Cash Store | 7100-000 | 1,278.44 | N/A | N/A | 0.00 |
| NOTFILED | Everset Cash | 7100-000 | 835.00 | N/A | N/A | 0.00 |
| NOTFILED | Security Finance Corporation | 7100-000 | 707.00 | N/A | N/A | 0.00 |
| NOTFILED | Northway Financial Corporation, LTD | 7100-000 | 177.98 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Svc | 7100-000 | 2,478.35 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection Service, INC | 7100-000 | 416.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance America | 7100-000 | 7.25 | N/A | N/A | 0.00 |
| NOTFILED | Ace Cash Recovery Department | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliance Funding, LLC | 7100-000 | 294.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 207.65 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Control, Inc. | 7100-000 | 61.86 | N/A | N/A | 0.00 |
| NOTFILED | Diversified SVS Group | 7100-000 | 1,306.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Control, Inc. | 7100-000 | 47.69 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Control, Inc. | 7100-000 | 51.61 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Control, Inc. | 7100-000 | 71.36 | N/A | N/A | 0.00 |
| NOTFILED | Beacon | 7100-000 | 378.00 | N/A | N/A | 0.00 |
| NOTFILED | CashNetUSA | 7100-000 | 570.81 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 1,030.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified SVS Group | 7100-000 | 1,047.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 35,443.78 | 12,504.15 | 12,504.15 | 5,280.80 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72617  
**Case Name:** MORELAND, LISA ANN  

**Period Ending:** 09/14/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/21/10 (f)  
**§341(a) Meeting Date:** 07/12/10  
**Claims Bar Date:** 01/27/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 2 | Savings Account with Illinois Community Credit U<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household Goods and Furnishings<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clown figurines, varias styles and ages<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing Apparel<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Term Life Insurance Policy through Debtors Emplo<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Supervalu Star 401(k) Plan<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 15,155.88 | 0.00 | DA | 0.00 | FA |
| 9 | 2007 Jeep Liberty Special Edition with 47,500 Mi<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 9,050.00 | 0.00 | DA | 0.00 | FA |
| 10 | inheritance  (u) | 10,000.00 | 7,885.00 | DA | 7,885.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.33 | FA |
| 11 | Assets    Totals (Excluding unknown values) | **$36,590.88** | **$7,885.00** | | **$7,885.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72617  
**Case Name:** MORELAND, LISA ANN  

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/21/10 (f)  
**§341(a) Meeting Date:** 07/12/10  

**Period Ending:** 09/14/11  
**Claims Bar Date:** 01/27/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    June 30, 2011     **Current Projected Date Of Final Report (TFR):**    March 30, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72617  
**Case Name:** MORELAND, LISA ANN  

**Taxpayer ID #:** **-***6689  
**Period Ending:** 09/14/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******47-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/10 | {10} | Lisa A. Moreland | inheritance | 1221-000 | 7,885.00 | | 7,885.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 7,885.03 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,885.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,885.15 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,885.21 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,885.27 |
| 03/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.06 | | 7,885.33 |
| 03/30/11 | | To Account #9200******4766 | transfer to close money market account | 9999-000 | | 7,885.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,885.33 | 7,885.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,885.33 | |
| | | | **Subtotal** | | 7,885.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,885.33** | **$0.00** | |

{} Asset reference(s)                                                                                     Printed: 09/14/2011 03:06 PM     V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-72617 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | MORELAND, LISA ANN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******47-66 - Checking Account |
| Taxpayer ID #: | **-***6689 | | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/11 | | From Account #9200******4765 | transfer to close money market account | 9999-000 | 7,885.33 | | 7,885.33 |
| 05/18/11 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 7,625.33 |
| 05/18/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $806.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 806.00 | 6,819.33 |
| 05/18/11 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,538.53, Trustee Compensation;  Reference: | 2100-000 | | 1,538.53 | 5,280.80 |
| 05/18/11 | 104 | Cottonwood Financial Illinois, LLC. | Dividend paid  42.23% on $1,278.44; Claim# 1; Filed: $1,278.44; Reference: | 7100-000 | | 539.92 | 4,740.88 |
| 05/18/11 | 105 | Dr. Chad Piller | Dividend paid  42.23% on $9,543.85; Claim# 2; Filed: $9,543.85; Reference: | 7100-000 | | 4,030.59 | 710.29 |
| 05/18/11 | 106 | Dekalb Clinic Chartered | Dividend paid  42.23% on $409.64; Claim# 3; Filed: $409.64; Reference: | 7100-000 | | 173.00 | 537.29 |
| 05/18/11 | 107 | Check-it | Dividend paid  42.23% on $686.10; Claim# 4; Filed: $686.10; Reference: | 7100-000 | | 289.76 | 247.53 |
| 05/18/11 | 108 | Rockford Mercantile Agency, Inc | Dividend paid  42.23% on $332.29; Claim# 5; Filed: $332.29; Reference: | 7100-000 | | 140.33 | 107.20 |
| 05/18/11 | 109 | GE Money Bank | Dividend paid  42.23% on $253.83; Claim# 6; Filed: $253.83; Reference: | 7100-000 | | 107.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **7,885.33** | **7,885.33** | **$0.00** |
| | | | Less: Bank Transfers | | 7,885.33 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **7,885.33** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,885.33** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******47-65** | 7,885.33 | 0.00 | 0.00 |
| **Checking # 9200-******47-66** | 0.00 | 7,885.33 | 0.00 |
| | **$7,885.33** | **$7,885.33** | **$0.00** |

{} Asset reference(s)

Printed: 09/14/2011 03:06 PM    V.12.57